IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3039 |
| | ) | |
| V. | ) | |
| | ) | |
| LEOCADIO RADILLO, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on Defendant's notice of appeal of final sentence pursuant to 18 U.S.C. § 3742 (filing 310). The Clerk of Court has advised the undersigned in a memo (filing 311) that the appeal appears to be untimely, and has requested a ruling on the issue of excusable neglect and good cause pursuant to *United States v. Anna*, 843 F.2d 1146, 1147 (8th Cir. 1988). The Clerk of Court has additionally inquired by memorandum as to Defendant's ability to proceed in forma pauperis on appeal (filing 312).

    Defendant's notice of appeal was filed on April 27, 2009, from the court's judgment of March 4, 2003 (filing 201). Defendant's notice of appeal was clearly not filed within the 10-day period specified by Fed. R. App. P. 4(b)(1)(A)(i), nor within the 30-day extended period provided for cases of excusable neglect or good cause under Fed. R. App. P. 4(b)(4). Thus, the appeal is untimely and no extension of time can be granted.

    IT IS ORDERED:

    1.    Defendant's notice of appeal (filing 310) is denied as the appeal is not taken in good faith;

2. The clerk of the court shall not process an appeal to the United States Court of Appeals for the Eighth Circuit on the basis of the aforesaid filing by Defendant;

3. Defendant is not permitted to proceed in forma pauperis on appeal ([filing 312](filing 312));

4. The clerk of the court shall forward a copy of this memorandum and order to the Clerk of the United States Court of Appeals for the Eighth Circuit.

May 12, 2009.

                              BY THE COURT:
                              s/*Richard G. Kopf*
                              United States District Judge