IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3039 |
| | ) | |
| V. | ) | |
| | ) | |
| LEOCADIO RADILLO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "objection to order denying his properly filed § 3742 appeal" (filing 315) and "supplement to motion for reconsideration of denial for lack of jurisdiction" (filing 317) are denied.

DATED this 29th day of May, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge